UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Douglas E. Arpert

       v.                                  Mag. No. 11-2522 (DEA)
                            :
BRETT PICKETT               :    SEALING ORDER

       This matter having come before the Court upon the application of the United States of America (Eric M. Schweiker, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Criminal Complaint filed against the person named in the warrant be filed under seal, and good cause having been shown,

       IT IS, on this __13th__ day of May, 2011,

       ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the Criminal Complaint and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

                                           _____
                                           Hon. Douglas E. Arpert
                                           United States Magistrate Judge