UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Tonianne J. Bongiovanni

v. :

                                   Mag. No. 11-2522 (DEA)

BRETT PICKETT :

### CONTINUANCE ORDER

      This matter having come before the Court upon the joint application of the defendant, BRETT PICKETT (Brian Reilly, Assistant Federal Defender, counsel), and the United States (Paul J. Fishman, United States Attorney, Eric M. Schweiker, Assistant U.S. Attorney, appearing), for an Order granting a continuance of the proceedings in the above-captioned matter for a period of 30 days to allow the parties to conduct plea negotiations in this matter; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court pursuant to Title 18 of the United States Code, Section 3161(c)(1); and as the defendant has consented to such a continuance; and this being the first continuance in this matter sought by the parties; and for good cause shown;

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1) The parties have represented to the Court that they need additional time to conduct pre-indictment plea negotiations,

to include additional time for defense counsel to confer with the defendant and determine what, if any, plea negotiations are called for, and for the parties to conduct any agreed-upon voluntary pre-indictment discovery; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___20th___ day of May, 2011,

ORDERED that this action be, and hereby is, continued for a period of 30 days, beginning with May 27, 2011, and ending June 25, 2011, and

IT IS FURTHER ORDERED that the 30 day period of time beginning with May 27, 2011, and ending June 25, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

_____
BRIAN REILLY, AFD
Counsel for Defendant

_____
Eric M. Schweiker, AUSA
Counsel for the Government