

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : Mag. No. 11-2252 (DEA) |
|---|---|
| v. | : Hon. Douglas E. Arpert |
| BRETT PICKETT | : <u>ORDER OF DETENTION</u> |

This matter having come before the Court on May 20, 2011, upon the motion of the United States (Paul J. Fishman, United States Attorney, Eric M. Schweiker, Assistant United States Attorney, appearing), for an order pursuant to Title 18, United States Code, Section 3142(e) detaining defendant BRETT PICKETT without bail pending trial in the above-entitled matter; and the defendant, BRETT PICKETT (Brian Reilly, Assistant Federal Defender, counsel), having opposed said motion; and the Court, after consideration of the factors set forth in Title 18, United States Code, Section 3142(g), having found by clear and convincing evidence that no condition or combination of bail conditions currently available to the Court will reasonably assure the appearance of defendant BRETT PICKETT as required, or reasonably assure the safety of any other person and the community; and for good cause shown:

IT IS, on this 20th day of May, 2011;

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the Government's motion to detain defendant BRETT PICKETT pending trial in this matter is hereby GRANTED, and

defendant BRETT PICKETT is hereby committed to the custody of the Attorney General or his authorized representative pending trial.

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant BRETT PICKETT be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant BRETT PICKETT be afforded reasonable opportunity for private consultations with counsel.

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant BRETT PICKETT shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

IT IS FURTHER ORDERED that this Order is without prejudice to defendant BRETT PICKETT's right to present a bail package to the Court at a later date.

_____
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE